Robert C. Moest (SBN 62166)
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897

Co-Lead Counsel for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE EMBARK TECHNOLOGY, INC. DERIVATIVE LITIGATION,<br><br>_____<br><br>This Document Relates to:<br><br>ALL ACTIONS | Case No. 3:22-CV-05455-JSC<br><br>PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |

　　　PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss the above-captioned action against all Defendants without prejudice. Defendants have served neither answer(s) nor a motion for summary judgment.

Dated: November 6, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　THE BROWN LAW FIRM, P.C.
　　　　　　　　　　　　　　　　　　　　　/s/Robert C. Moest
　　　　　　　　　　　　　　　　　　　Robert C. Moest, of Counsel
　　　　　　　　　　　　　　　　　　　Co-Lead Counsel for Plaintiffs